IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GEORGE RAEDEL,

                                                          ORDER

            Plaintiff,

                                                      09-cv-486-bbc

   v.

COLLEEN COLLIER,
MARY GRUETZMACHER,
TIM SAWICKI, TORI SEIDL
and TROY FOLSKE,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Christopher Raedel, a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted a proposed complaint. He has not paid the $350 filing fee or submitted a certified copy of his six-month trust fund account statement. Therefore, I construe plaintiff's complaint to include a request for leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated until he submits a copy of his six-month trust fund account statement.

Plaintiff's complaint was submitted on August 1, 2009. His trust fund account

1

statement should cover the six-month period beginning approximately January 30, 2009 and ending approximately July 31, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until August 28, 2009, in which to submit a trust fund account statement for the period beginning January 30, 2009 and ending July 31, 2009. If, by August 28, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 7th day of August, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge